EGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16cr315 |
|---|---|---|
| v. | : | DATE FILED: 8/4/16 |
| ERICK WANDIQUE | : | VIOLATIONS: |
| | | 18 U.S.C. § 1343 (wire fraud - 8 counts) |
| | : | 18 U.S.C. § 1028A(a)(1), (c)(5) |
| | | (aggravated identity theft - 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNTS ONE THROUGH EIGHT

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Fidelity Investments ("Fidelity") was a financial investment institution whose customers could set up access to their accounts for various transactions electronically over the internet.

2. TD Bank was a financial institution with banking branches located in the Allentown, Pennsylvania area where defendant ERICK WANDIQUE maintained an account.

### THE SCHEME

3. From in or around December 2014, to in or about March 2015, in Allentown, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ERICK WANDIQUE**

knowingly devised and intended to devise a scheme to defraud his stepfather "L.F." and Fidelity

1

Investments and to obtain money and property by means of false and fraudulent pretenses, representations and promises.

## MANNER AND MEANS

It was part of the scheme that:

4. On or about December 10, 2014, defendant ERICK WANDIQUE stole the identity and Fidelity account information of his stepfather, L.F., and set up electronic access to L.F.'s Fidelity accounts, without authorization to do so. From in or around December 2014, to in or about March 2015, WANDIQUE posed as L.F. and stole approximately $109,657.59 from L.F.'s Fidelity account through fraudulent automated teller machine ("ATM") cash withdrawals, point of sale ("POS") debit purchases, wire transfers to defendant WANDIQUE'S TD Bank account, and Billpay checks which WANDIQUE deposited into his TD Bank account.

5. From approximately December 22, 2014 to approximately January 13, 2015, ERICK WANDIQUE electronically requested over the internet approximately six BillPay payments from L.F.'s Fidelity account, totaling approximately $25,070.64. Fidelity BillPay allows customers to go online and set up a "payee" and then request what in essence is a direct debit, to be paid from their Fidelity account. The funds are sent electronically if the payee accepts such payment. If the payee does not accept electronic payments, or is an individual, a physical check is cut and sent to the payee by the due date set by the customer. WANDIQUE posed as L.F. and set up himself and others as payees and requested approximately four payments to himself, resulting in physical checks being sent to him for a total of approximately $23,300, including BillPay check 0000005005 for approximately $400 dated January 7, 2015. Wandique requested

2

Mount Laurel, New Jersey and generated an electronic message sent from Mount Laurel, New Jersey, to TD Bank's computer servers which are located in Toronto, Canada.

9. From approximately January 12, 2015 to approximately March 11, 2015, ERICK WANDIQUE initiated approximately eight online chats with Fidelity service representatives through the Fidelity website. WANDIQUE initiated six of the eight chats over the internet from in or about his residence in Allentown. On or about February 12, 2015, the same date that WANDIQUE engineered a wire transfer of $20,000 from L.F.'s Fidelity account to WANDIQUE'S TD Bank account, WANDIQUE initiated an online chat from in or about Allentown, Pennsylvania, with a Fidelity representative who was located in or about Salt Lake City, Utah. In the chat, WANDIQUE posed as L.F., referenced the wire, and asked when the money would arrive.

10. On or about February 12, 2015, defendant ERICK WANDIQUE secured a TD Bank check for approximately $16,545.81 after his TD Bank account fraudulently received a $20,000 wire of funds from L.F.'s Fidelity account. Defendant WANDIQUE used this check to purchase a truck from Rothrock Motor Sales in Allentown, Pennsylvania. The process of debiting WANDIQUE'S TD Bank account to create the bank check caused an electronic message to be sent from the Allentown TD Bank branch to the TD bank facility in Toronto, Canada.

11. On or about the dates set forth below, in Allentown, Pennsylvania, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ERICK WANDIQUE**

for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate and foreign commerce the signals and sounds described below:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | January 12, 2015 | An image of fraudulent Check No. 0000005005, in the amount of $400, drawn on the Fidelity Investment Account of L.F., electronically transmitted by TD Bank from Allentown, Pennsylvania to Maine and then to Toronto, Canada. |
| 2 | February 12, 2015 | An electronic communication for the approval and processing of a wire transfer of approximately $20,000 drawn on L.F.'s Fidelity Investment account, to WANDIQUE'S TD Bank account, between Mt. Laurel, New Jersey and Toronto, Canada. |
| 3 | February 12, 2015 | An electronic communication in the form of an online chat initiated over the internet from Allentown, Pennsylvania to Salt Lake City, Utah. |
| 4 | February 12, 2015 | An electronic communication processing the debit from WANDIQUE'S TD Bank account sent from the Allentown TD Bank branch to the TD bank facility in Toronto, Canada, to create TD Bank Check No. 60773698-1, in the amount of approximately $16,545.81, payable to Rothrock Motor Sales. |
| 5 | March 2, 2015 | An electronic communication for the approval and processing of a wire transfer of approximately $12,015 drawn on L.F.'s Fidelity Investment account, to WANDIQUE'S TD Bank account, between Mt. Laurel, New Jersey and Toronto, Canada. |
| 6 | March 6, 2015 | An electronic communication for the approval and processing of a wire transfer of approximately $5,015 drawn on L.F.'s Fidelity Investment account, to WANDIQUE'S TD Bank account, between Mt. Laurel, New Jersey and Toronto, Canada. |
| 7 | March 6, 2015 | An electronic communication for the approval and processing of a wire transfer of approximately $3,015 drawn on L.F.'s Fidelity Investment account, to WANDIQUE'S TD Bank account, between Mt. Laurel, New Jersey and Toronto, Canada. |

| 8 | March 9, 2015 | An electronic communication for the approval and processing of a wire transfer of approximately $1,815 drawn on L.F.'s Fidelity Investment account, to WANDIQUE'S TD Bank account, between Mt. Laurel, New Jersey and Toronto, Canada. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 12, 2015, in Allentown, in the Eastern District of Pennsylvania, defendant

**ERICK WANDIQUE**

knowingly and without lawful authority, transferred, possessed, and used a means of identification of another person, that is, the name "L.F.," and his Fidelity Investments account number ending in 2130 during and in relation to a wire fraud.

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1343, as set forth in this indictment, defendant

**ERICK WANDIQUE**

shall forfeit to the United States of America any property that constitutes, or is derived from, proceeds obtained directly or indirectly from the commission of such offenses, including, but not limited to, the sum of $109,657.59 and:

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL:

_____
**GRAND JURY FOREPERSON**

*[signature: Peter F. Schenck for]*
**ZANE DAVID MEMEGER**
**UNITED STATES ATTORNEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.  16cr 315

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia          County: Philadelphia

City and State of Defendant: Philadelphia, Pa

County: Philadelphia, Pa          Register number: N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: Philadelphia          County: Pa

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number: N/A          Judge: N/A

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
18 U.S.C. § 1343 (wire fraud – 8 counts); 18 U.S.C. § 1028A(a)(1), (c)(5) (aggravated identity theft – 1 count):

DATE: 8-2-16

Christopher Diviny
Assistant United States Attorney

File No. 2015R00428
U.S. v. ERICK WANDIQUE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

United States of America
v.

ERICK WANDIQUE
*Defendant*

Case No. 16-315

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERICK WANDIQUE
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1343 WIRE FRAUD
18:1028A(a)(1), (c)(5) AGGRAVATED IDENTITY THEFT

Date: 08/04/2016

*Issuing officer's signature*
KIRK KOPACZ, DEPUTY CLERK

City and state: PHILADELPHIA, PA

LUCY V. CHIN, INTERM CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |